| | | |
|---|---|---|
| BRIAN PITTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:15-CV-1332 NAB |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE HERTZ CORPORATION, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Third-Party Plaintiff State Farm Mutual Automobile Insurance Company's Motion to Vacate Judgment. [Doc. 52.] Third-Party Defendant The Hertz Corporation filed a notice that it consents to State Farm's Motion to Vacate. [Doc. 53.]

The Court entered final judgment in this action on March 31, 2017. The parties settled this action the day before, but the Court was unaware of this settlement.

Accordingly,

**IT IS HEREBY ORDERED** that Third-Party Plaintiff State Farm Mutual Automobile Insurance Company's Motion to Vacate Judgment is **GRANTED and the judgment entered herein is VACATED**. [Doc. 52.]

**IT IS FURTHER ORDERED** that the Clerk of Court shall strike the Court's Memorandum and Order and Judgment from the record and remove them from the electronic case record in this case.  [Docs. 49, 50.]

**IT IS FURTHER ORDERED** that the parties shall file a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment no later than **May 10, 2017**.

Dated this 10th day of April, 2017.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE